**J.J. v. District of Columbia, et al**
**Civil Action 05-1299 (RMU)**

**Index of Record**

|   |   | Page |
|---|---|---|
| 1. | Certification of Record | 1 |
| 2. | Hearing Officer's Decision and Order, 5/31/05 | 2 |
| 3. | Defendant's Amended Disclosure Statement, 5/9/05 | 8 |
|    | DCPS-1   Individualized Educational Program and Meeting Notes, 12/17/04 | 10 |
| 4. | Plaintiff's Disclosure Notice, 5/9/05 | 30 |
|    | J.J.-1  Request for Mediation/Hearing, 4/8/05 | 33 |
| 5. | Plaintiff's Request for an Expedited Due Process Hearing, 4/8/05 | 36 |
|    | J.J.-2  Individualized Education Program | 41 |
| 6. | May 16, 2005 Hearing Transcript | 65 |