IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY JONES<br>400 6th Street, S.W.<br>Washington, D.C. 20020<br><br>           Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1299 RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE TO TAKE DEPOSITION OF SHAWNEE DUNN**

     The parties will hereby take notice that Plaintiff, Jeremy Jones, by counsel, will take the deposition of Defendant, District of Columbia employee, Shawnee Dunn, at the law office of Anthony R. Davenport, Esq., P.C., 601 Pennsylvania Avenue, N.W., Suite 900, Washington, D.C. 20004 on Wednesday, April 12, 2006, at 9:30 a.m.  Shawnee Dunn's deposition will be recorded by sound, visual, and stenographic means.

     Said deposition will be taken for purposes of discovery and all purposes permitted by the Federal Rules of Civil Procedure.

     The deponent is directed to bring with her to the deposition her entire file regarding the plaintiff, Jeremy Jones, including all notes, reports, evaluations, written communications, and all other business records and materials prepared by the deponent or reviewed by the deponent in preparation for the taking of this deposition.

                                              Respectfully submitted,

                                              _____

                                              Angela T. Green, Esq.

                                      ANTHONY R. DAVENPORT, ESQ., P.C.