UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY JONES,                      )<br>                                    )<br>        Plaintiff,                 )<br>                                    )<br>v.                                  )<br>                                    )<br>DISTRICT OF COLUMBIA, et al.,       )<br>                                    )<br>        Defendants.                 )<br>                                    ) | Civil Action No. 05-1299 (RMU) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note the entry of the appearance of Amy Caspari, Assistant Attorney General, herein, as counsel for Defendants in this matter.

                                          Respectfully submitted,

                                          EUGENE A. ADAMS
                                          Interim Attorney General
                                          for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          ***/s/ Edward P. Taptich***
                                          EDWARD P. TAPTICH [#012914]
                                          Chief, Equity Section II

                                          ***/s/ Amy Caspari***
                                          Amy Caspari [#488968]
                                          Assistant Attorney General
                                          441 Fourth Street, N.W.
                                          Sixth Floor South
                                          Washington, D.C. 20001
                                          (202) 724-7794
December 13, 2006                        email: amy.caspari@dc.gov