# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEREMY JONES, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1299 (RMU) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR DISMISSAL OF THE CASE

The parties, through counsel, respectfully move this Court to dismiss the present

case, as all outstanding issues have been resolved.  Attached hereto is a joint proposed

order.

Respectfully submitted,


*/s/Anthony R. Davenport*
ANTHONY R. DAVENPORT, ESQ.
601 Pennsylvania Avenue
Suite 900
Washington, D.C. 20004
**Counsel for Plaintiff**

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

email: amy.caspari@dc.gov

**Counsel for Defendants**

December 18, 2006