UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JEREMY JONES, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1299 (RMU) |
| | : | | |
| v. | : | Document No.: | 9 |
| | : | | |
| DISTRICT OF COLUMBIA, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE JOINT MOTION TO DISMISS THE CASE

By consent of the parties, it is, this 18th day of December, 2006, hereby

**ORDERED** that the plaintiff is awarded $6,250 for attorney fees and costs, payment subject to applicable statutory fee caps, in full and final settlement of any attorney fees and related costs incurred, or to be incurred in this matter; and it is

**FURTHER ORDERED** that all payments shall be made within 60 days of the execution of this Settlement Agreement, and on the 61st day, interest shall accrue pursuant to 28 U.S.C. § 1961; and it is

**ORDERED** that the above- mentioned agreement of the parties resolves all claims by the plaintiff and his counsel in the above-captioned case, and extinguishes all of the defendants' alleged liabilities for such claims; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge